United States District Court
Southern District of Texas

**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § |
| v. | |
| ALFREDO GONZALEZ-DIAZ | |

CRIMINAL NO: 4:21-cr-401
**SEALED**

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

ALFREDO GONZALEZ-DIAZ

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on July 28, 2021.

*Christine A Boyza*
UNITED STATES MAGISTRATE JUDGE