UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:21-cr-401 |
| ALFREDO GONZALEZ-DIAZ | § § § | |



Sealed
Public and unofficial staff access to this instrument are prohibited by court order

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jennifer B. Lowery, Acting United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that ALFREDO GONZALEZ-DIAZ, now duly committed- to the custody of the Harris County Detention Center, 1200 Baker Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for prosecution in the United States District Court for the Southern District of Texas, Houston Division on the 3rd day of August, 2021 at 2:00pm, before the U. S. Magistrate Judge. Petitioner further represents that the Harris County Detention Center, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, to be brought before this Court for further proceedings in this Cause.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any

other authorized United States Marshal, to produce the body of said defendant before this Court on the 3rd day of August, 2021 at 2:00pm.

                Respectfully submitted,

                JENNIFER B. LOWERY
                Acting United States Attorney

By: *Shelley J. Hicks*
      SHELLEY J. HICKS
      Assistant United States Attorney