United States Courts
Southern District of Texas
FILED
July 28, 2021
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 4:21-cr-401 |
| v. § | |
| § | FILED UNDER SEAL |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ § | |
| ALFREDO GONZALEZ-DIAZ § | |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

**(Conspiracy to Possess with Intent to Distribute Controlled Substance)**

On or about spring 2018 through August 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**ALFREDO GONZALEZ-DIAZ,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance, to wit: one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(i), and 841(b)(1)(B)(ii).

## COUNT TWO

**(Alien in Possession of a Firearm)**

On or about August 2019, in the Houston Division of the Southern District of Texas, the defendant,

**ALFREDO GONZALEZ-DIAZ,**

knowing he was an alien who was illegally or unlawfully in the United States, knowingly possessed in and affecting commerce, a firearm, namely: A Barett 50 caliber rifle, serial number scratched off; a Romarm/Cugir 7.62 caliber X 39mm rifle, model WAS-10, serial #A14692115R0; a Beretta 9mm pistol, model 925, serial #U20871Z; and a Beretta 9mm pistol, model 925, serial #U06529Z, each of which had been shipped and transported in interstate commerce or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE
(21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the defendants,

**ALFREDO GONZALEZ-DIAZ,**

that in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846 as charged in Count One of the Indictment and/or a conviction of an offense in violation of Title 18, United States Code, Section 922(g)(5) and 924(a)(2) as charged in Count Two of the Indictment, the following are subject to forfeiture, including, but not limited to:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Specifically, the United States seeks forfeiture of:

a. A Barett 50 caliber rifle, serial number scratched off;
b. A Romarm/Cugir 7.62 caliber X 39mm rifle, model WAS-10, serial #A14692115R0 with drum magazine;
c. An RPG launcher, serial #H937;
d. Two RPG-SK-75 rockets;
e. A Beretta 9mm pistol, model 925, serial #U20871Z with magazine;
f. A Beretta 9mm pistol, model 925, serial #U06529Z with magazine; and
g. $111,762 in United States currency

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Shelley J. Hicks*
SHELLEY J. HICKS
Assistant United States Attorney

*Lisa Collins*
LISA COLLINS
Assistant United States Attorney