UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:21 CR 401-2** |
| v. | § | |
| | § | **FILED UNDER SEAL** |
| **ALFREDO GONZALEZ-DIAZ** | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture signed on June 29, 2023 is final as to the defendant, Alfredo Gonzalez-Diaz, and shall be made part of the defendant's sentence and included in the judgment.

Signed on 6/29/23, 2023.

_____
UNITED STATES DISTRICT JUDGE
Southern District of Texas